[No. 45519-2-I. Division One. March 19, 2001.]

PETER A. SALUTEEN-MASCHERSKY, *Appellant*, v. COUNTRYWIDE FUNDING CORPORATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-01224-2, Peter D. Jarvis, J., entered June 18, 1999. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker, A.C.J., and Webster, J. Now published at 105 Wn. App. 846.

[No. 45808-6-I. Division One. March 19, 2001.]

THOMAS E. SEIGAL, ET AL., *Appellants*, v. NEIL W. JOHNSRUD, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-2-03942-6, Joseph A. Thibodeau, J., entered September 1, 1999. *Reversed with instructions* by unpublished opinion per Kennedy, J., concurred in by Agid, C.J., and Appelwick, J.

[No. 45825-6-I. Division One. March 19, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. M.A., *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 99-1-05722-4, Jeffrey M. Ramsdell and Marsha J. Pechman, JJ., entered July 16 and December 30, 1999. *Affirmed* by unpublished per curiam opinion. Now published at 106 Wn. App. 493.

[No. 45959-7-I. Division One. March 19, 2001.]

RONALD KING, ET AL., *Respondents*, v. SNOHOMISH COUNTY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-2-07383-1, James H. Allendoerfer, J., entered September 28, 1999. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Baker and Ellington, JJ. Now published at 105 Wn. App. 857.